UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELONZA JESSE TYLER, | ) | 1:05-CV-1008 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #8] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| K. MENDOZA-POWERS, | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 28, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED because the petition does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to send Petitioner blank forms for filing a civil rights action pursuant to 42 U.S.C. § 1983. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed

and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 28, 2005, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED;

3. All pending motions are DENIED as moot;

4. The Clerk of the Court is DIRECTED to send Petitioner blank forms for filing a civil rights action pursuant to 42 U.S.C. § 1983; and

5. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   December 20, 2005**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE